

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

Yoshio I. Acosta,
73486-280
P.O. Box 3850
Adelanto, CA 92301



FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Dear Sir or Madam:

Your complaint has been lodged and assigned a civil case number  2:16-cv-08477-UA.
It was noted that you did not pay the filing fee of $400, which includes an administrative fee of $50. If you are unable to pay the entire filing fee at this time, you must sign and complete the *Declaration in Support of Request to Proceed Without Prepayment of Filing Fee* form (CV-60P), attached hereto, in its entirety.

If you do not respond within THIRTY DAYS from the date below, your action will be dismissed and the file closed. If you submit the Declaration or pay the filing fee within THIRTY DAYS, your case will be filed.

If you submit the *Declaration in Support of Request to Proceed Without Prepayment of Filing Fees* and it is granted by a judge, you may be ordered to pay a partial filing fee within thirty days. However, you are still liable for the amount of $350, which does not include the $50 administrative fee, regardless of your present ability to pay it. The fee can be paid in partial payments pursuant to a court ordered schedule or you may pay the entire $350 within thirty days. Only a judge can order partial filing fee payments; do not submit partial payments until you are ordered to do so. If your request is denied, the filing fee will be $400.

Enclosed you will find this court's current Declaration form which you must complete in its entirety. Please attach a certified copy of your prisoner-plaintiff trust account statement for the last six moths.

Sincerely,

Clerk, U. S. District Court

November 15, 2016                         By: APEDRO
         Date                                          Deputy Clerk

enclosures CV-60P

CV-47 P (10/15)         NOTICE RE: DISCREPANCIES WITH LODGING OF PRISONER COMPLAINT