**MAURICE WUTSCHER LLP**
PATRICK R. TIRA (SBN 253259)
PATRICK J. KANE (SBN 273103)
501 WEST BROADWAY, SUITE 800
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 861-2182
FACSIMILE: (866) 581-9302
E-MAIL: ptira@mauricewutscher.com

*Attorneys for Defendant, Paramount Recovery Systems, L.P.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| YOSHIO I. ACOSTA,<br><br>       Plaintiff,<br><br>       v.<br><br>MARK MCLEAN; PARAMOUNT RECOVERY SYSTEMS,<br><br>       Defendants. | Case No.: 2:16-cv-08477-FMO-PLA<br><br>**NOTICE OF SETTLEMENT**<br><br>Filed:  December 20, 2016<br>Trial:  September 25, 2018 |

NOTICE IS HEREBY GIVEN that Defendant, Paramount Recovery Systems ("Paramount") and Plaintiff Yoshio I. Acosta ("Plaintiff") have reached a settlement in the above-captioned matter.  Paramount anticipates that Plaintiff will file a dismissal with prejudice as to Paramount within sixty (60) days.

Dated:  January 5, 2018        **MAURICE WUTSCHER LLP,**

By:   /s/ Patrick R. Tira, Esq.
Patrick R. Tira (SBN 253259)
Patrick J. Kane (SBN 273103)
501 W. Broadway, Suite 800
San Diego, California 92101
Phone: (858) 381-7860
Fax: (866) 581-9302

*Attorneys for Defendant,*
*Paramount Recovery Systems, L.P.*